FILED
FEB 27 2008

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
\_\_\_\_\_ DIVISION

Wesley Littlewind
        Plaintiff,

CIV CR. NO. 07-025
08-4028

vs.

Officer Justin Jungwirth, Officer Travis Collins
Mobridge Police Department
        Defendant.

COMPLAINT

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (X)

    B. If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1. Parties to this previous lawsuit:

           Plaintiffs _____

           Defendants _____

        2. Court (if federal court, name the district; if state court, name the county)
_____

        3. Docket number _____.

        4. Name of Judge to whom case was assigned _____.

        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____.

        6. Approximate date of filing lawsuit _____.

        7. Approximate date of disposition _____.

(1)

II. PLACE OF PRESENT CONFINEMENT  Wesley M Littlewind
Mike Durfee State Prison
1412 Wood Street
Springfield, S. Dak, 57062-2238

A. Is there a prisoner grievance procedure in this institution? Yes ( )  No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( )  No ( )

C. If your answer is yes,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is no, explain why not _____

E. If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes ( )  No ( )

F. If you answer is yes,

1. What steps did you take? _____

2. What was the result? _____

III. PARTIES

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff  Wesley M Littlewind
Address  Mike Durfee State Prison, 1412 Wood Street, Springfield, SD, 57062-2238

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Name of Defendant  Justin Jungwirth, Travis Collins  who is employed as  Officer, Officer  at  Mobridge Police Department

(2)

C.  Additional Defendants _____
    _____
    _____

## IV. STATE OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

OFFICER Justin Jungwirth, OFFICER Travis Collins
Police Brutality
Excessive use of Force
Cruel and Unusual Punishment
Happened in front of Eastside Motel on Feb-6-07
Torture
Wesley Littlewind

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to fire both officer's Justin Jungwirth and Travis Collins and also be reimbursed for my pain and suffering, mental anguish and the fear of this happening to me again by any officer because they know that they can get away with it. I want them to be fire so this won't happen to anyone else this Cruel and Unusual Punishment I would like to be reimbursed for to. Cruel and Unusual Punishment

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this __4__ day of __February__, 2008

_Wesley Littlewind_
Signature of Plaintiff

(9/96)

(3)