**FILED**

**MAR 2 6 2008**

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| WESLEY LITTLEWIND, | ) | CIV 08-4028-RHB |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| OFFICER JUSTIN JUNGWIRTH,<br>OFFICER TRAVIS COLLINS, and<br>MOBRIDGE POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

Before the Court is a complaint filed by plaintiff, Wesley Littlewind, pursuant to 42 U.S.C. § 1983. Under 28 U.S.C. § 1915A, the Court is required to screen each action filed by a prisoner to determine if the prisoner has stated a claim upon which relief may be granted. The complaint in this matter consists of conclusory claims preventing the Court from making such a determination.

Plaintiff also moves to proceed in forma pauperis. On February 27, 2008, the Clerk's Office requested that plaintiff submit a prisoner trust account report. Plaintiff has not responded. Accordingly, it is hereby

ORDERED this complaint is dismissed without prejudice.

IT IS FURTHER ORDERED that the motion for leave to proceed in forma pauperis (Docket #2) is denied. Plaintiff remains responsible for the payment of the filing fee ($350) in its entirety.

Dated this 26 day of March, 2008.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE